People v Lewis (2025 NY Slip Op 50045(U))

[*1]

People v Lewis (Jefrey)

2025 NY Slip Op 50045(U) [84 Misc 3d 137(A)]

Decided on January 22, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 22, 2025
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570650/18

The People of the State of New
York, Respondent,
against
Jefrey Lewis,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Phyllis Chu, J.), rendered August 16, 2018, after a jury trial,
convicting him of two counts of forcible touching and one count of sexual abuse in the
third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Phyllis Chu, J.), rendered August 16, 2018, reversed, on the
law, and a new trial ordered. 
Defendant alleges and the People concede that the trial court erred in precluding
cross-examination into allegations of the testifying police officers' prior misconduct
made in two pending civil lawsuits, without considering the factors set forth in
People v Smith, 27 NY3d 652 (2016). The People also concede the error was not
harmless.
Because a new trial is required, we pass on no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: January 22, 2025